**Electronically Filed
Supreme Court
SCPW-21-0000349
04-JUN-2021
11:11 AM
Dkt. 5 ODDP**

SCPW-21-0000349

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHRIS SLAVICK, Petitioner

vs.

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CASE NO. 1PC041001534; CAAP-20-0000076)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Christopher Lee Slavick's petition for writ of mandamus, filed on May 24, 2021, and the record, petitioner fails to demonstrate that he has a clear and indisputable right to the requested relief from this court and may seek relief in his pending case. Petitioner has not requested a waiver of the photocopying costs. Petitioner, therefore, is not entitled to the requested extraordinary writ. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress

adequately the alleged wrong or obtain the requested action).
Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, June 4, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

2